# *United States District Court*
## *District of Minnesota*
### *Fourth Division - Minneapolis*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 00-498 ADM/AJB
Title of Action: Fire Pond, Inc v Joe Fuca

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by defendant in the above entitled action on September 8, 2000.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: September 12, 2000

FRANCIS E. DOSAL, CLERK

By Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk