**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**FOURTH DIVISION - MINNEAPOLIS**

Fire Pond, Inc.
Plaintiff(s)

-v- **Civil** # 00-498 ADM/AJB

Joe Fuca
Defendant(s)

**COST JUDGMENT**

The costs of the Defendant have not been taxed and have been disallowed by the Clerk of this Court against the **Plaintiff** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees for service | $ | 78.00 | $ | - 0 - |
| TOTAL: | $ | 78.00 | $ | - 0 - |

Costs, therefore, are not taxed. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of October 5, 2000.

FRANCIS E. DOSAL, CLERK

By Celeste M. Shahidi
Celeste M. Shahidi
Deputy In Charge

cc: all counsel

OCT 0 5 2000

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS